UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID POWELL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CRYPTO TRADERS MANAGEMENT, LLC, et al.,<br><br>Defendants. | Case No. 2:20-cv-00352-BLW<br><br>**ORDER** |

## INTRODUCTION

Pending before the Court is Plaintiffs' Application for a Writ of Attachment. (Dkt. 15). Having reviewed Plaintiffs' Application, the supporting affidavits and the responses from the opposing parties, **IT IS HEREBY ORDERED THAT:**

Plaintiff's application for issuance of an immediate writ of attachment is **GRANTED.** The Court finds that Plaintiffs' Application and supporting papers meet Plaintiff's burden of demonstrating that an immediate writ of attachment should issue pursuant to Idaho Code § 8-502(c)(3) with respect to the bank accounts, crypto exchange accounts, and cold storage accounts listed in Plaintiffs'

**MEMORANDUM DECISION AND ORDER - 1**

Application.

The form of the writ of attachment shall comply with Idaho Code § 8-802(c)(3) and shall substantially comply with the format set forth in **Exhibit A** attached to this Order**.** Plaintiffs are instructed to ensure that the bracketed information is completed as appropriate.

Pursuant to Idaho Code § 8-803(a), the writ of attachment shall be immediately issue by this Court upon Plaintiff's filing with the Court of a written undertaking in the amount of $100,000 (one hundred thousand dollars). Within two business days of Plaintiff's discovery of the total amounts subject to attachment, Plaintiff shall file with the Court an additional written undertaking in an amount equal to the total amounts subject to attachment (minus $100,000).

Pursuant to Idaho Code § 8-504(b) within two days after the writ is issued and delivered to the proper officer, the Clerk is directed to provide notice that an attachment has been issued against the property of Defendants Crypto Traders Management, LLC, Shawn Cutting, and Courtney Lata; and third parties Janine Cutting, the Lake View Trust, the Crypto Traders Fund LP, and Ash Development, LLC.

**IT IS FURTHER ORDERED THAT**, pursuant to Idaho Code § 8-502(b), Defendants Crypto Traders Management, LLC, Shawn Cutting, and Courtney

Lata; and third parties Janine Cutting, the Lake View Trust, the Crypto Traders Fund LP, and Ash Development, LLC, are ordered to show cause why a writ of attachment should not issue. The hearing for the Order to Show Cause will be held on December 18, 2020, at 10:00 a.m. via videoconference.

Pursuant to Idaho Code § 8-502(b), Defendants Crypto Traders Management, LLC, Shawn Cutting, and Courtney Lata; and third parties Janine Cutting, the Lake View Trust, the Crypto Traders Fund LP, and Ash Development, LLC, are hereby informed that they may file affidavits on their behalf with the Court and they may appear and present testimony at the hearing, or they may, prior to the hearing, file with the Court a written undertaking to stay the issuance of the writ of attachment in accordance with the provisions of Idaho Code § 8-506C. If Defendants or third parties fail to appear, Plaintiffs will apply to the Court for a writ of attachment without further notice to the Defendants and third parties.

Pursuant to Idaho Code Section 8-502(c) Defendants Crypto Traders Management, LLC, Shawn Cutting, and Courtney Lata; and third parties Janine Cutting, the Lake View Trust, the Crypto Traders Fund LP, and Ash Development, LLC, are hereby informed that they may apply to the Court for an order shortening the time for hearing on the order to show cause, and the court may direct that the matter be heard on not less than forty-eight (48) hours' notice to Plaintiffs. If

Defendants or third parties want additional time to prepare for the hearing, they may file a motion to continue the hearing.

IT IS FURTHER ORDERED that, pursuant to Idaho Code § 8-502(b), a copy of this Order, together with a copy of the operative complaint, the motion for leave to file an amended complaint, the application for writ of attachment, and all supporting documents, shall be served upon third parties Janine Cutting, the Lake View Trust, the Crypto Traders Fund LP, and Ash Development, LLC, through personal service within five (5) days of issuance of this Memorandum Decision and Order. Plaintiffs shall cause proof of service to be filed with the Court prior to the hearing on the Order to Show Cause.

DATED: December 11, 2020

B. Lynn Winmill
U.S. District Court Judge